UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TORRA WILSON,
on behalf of J.S., a minor, et al.,

       Plaintiff,                Civil No.  4:21-cv-10357
                                            Hon. Matthew F. Leitman

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

       Defendant.
_____/

## **JUDGMENT**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

**IT IS ORDERED AND ADJUDGED** that the case is **REMANDED** to the Commissioner of Social Security for further proceedings in accordance with that Order.

                                            /s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  March 1, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 1, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
